MORGAN, LEWIS & BOCKIUS LLP
Lisa R. Weddle, Bar No. 259050
*lisa.weddle@morganlewis.com*
Pilar Mae Hoye, Bar No. 357580
*pilar.hoye@morganlewis.com*
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:   +1.213.612.2500
Fax:  +1.213.612.2501

MORGAN, LEWIS & BOCKIUS, LLP
Andrew V. Devkar, Bar No. 228809
*andrew.devkar@morganlewis.com*
2049 Century Park East
Suite 700
Los Angeles, CA 90067
Tel:   +1.310.907.1000
Fax:  +1.310.907.1001

Attorneys for Defendants
MICROSOFT CORPORATION,
NBCUNIVERSAL MEDIA, LLC,
WARNER BROS. DISCOVERY, INC.,
THE WALT DISNEY COMPANY,
and AMERICAN BROADCAST
COMPANIES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN D. BUCKLER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FOX CORPORATION; MICROSOFT CORPORATION; NBCUNIVERSAL MEDIA, LLC; WARNER BROS. DISCOVERY, INC.; THE WALT DISNEY COMPANY; AMERICAN BROADCAST COMPANIES, INC.; GOOGLE LLC; APPLE INC.; NATIONAL SECURITY AGENCY, a Federal Agency; AND DOES 1 – 20, inclusive,<br><br>Defendants. | Case No. 8:25-cv-00095<br><br>**DECLARATION OF LISA R. WEDDLE IN SUPPORT OF NOTICE OF REMOVAL TO FEDERAL COURT**<br><br>[Removed from Superior Court of California, County of Orange, Case No. 30-2024-01431275-CU-MC-CJC] |

## DECLARATION OF LISA R. WEDDLE

I, Lisa R. Weddle, declare:

1. I am a partner with the law firm of Morgan, Lewis & Bockius, LLP, attorneys of record for Defendants Microsoft Corporation, NBCUniversal Media, LLC, Warner Bros. Discovery, Inc., The Walt Disney Company, and American Broadcasting Companies, Inc., in the above-captioned matter. I am familiar with all necessary pleadings and correspondence in this case to date. I therefore have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would competently testify to them.

2. I make this Declaration in support of the Notice of Removal to Federal Court filed concurrently herewith.

3. On January 14, 2025, my office retrieved copies of the proofs of service that had been filed on the docket for the Superior Court action. I reviewed those proofs of service, which show that, to date, all defendants other than the National Security Agency appear to have been served.

4. On January 14, 2025, I spoke with counsel for Fox Corporation and Apple Inc. On January 15, 2025, I spoke with counsel for Google LLC. Each of those defendants expressed their consent to the removal of this action.

5. On January 16, 2025, counsel for all served defendants participated in a joint defense call in which all reiterated their consent to the removal of this action.

6. On January 16, 2025, I placed a call to counsel for Plaintiff but did not reach him. That call has not been returned.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 17th day of January, 2025, at Los Angeles, California

_/s/ Lisa R. Weddle_
Lisa R. Weddle