UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN BUCKLER,<br><br>            Plaintiff,<br><br>       v.<br><br>FOX CORPORATION,<br>MICROSOFT CORPORATION,<br>NBCUNIVERSAL MEDIA, LLC,<br>WARNER BROS. DISCOVERY, INC.,<br>THE WALT DISNEY COMPANY,<br>AMERICAN BROADCAST<br>    COMPANIES INC.,<br>GOOGLE LLC,<br>APPLE INC.,<br>NATIONAL SECURITY AGENCY, a<br>    Federal Agency, and<br>DOES 1-20, inclusive,<br><br>            Defendants. | Case No. 8:25-cv-00095-JWH-JDEx<br><br>**JUDGMENT** |

Pursuant to the "Order Granting Defendants' Motion to Dismiss [ECF No. 37]" filed substantially contemporaneously herewith, and in accordance with Rules 12(b)(6) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. §§ 1331 & 1367.
2. Fictitiously named Defendants Does 1-20 are **DISMISSED.**
3. Defendant National Security Agency is **DISMISSED.**
4. The operative pleading is the First Amended Complaint [ECF No. 35] of Plaintiff Martin D. Buckler. Buckler's Amended Complaint is **DISMISSED with prejudice**.
5. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED.**

**IT IS SO ORDERED.**

Dated: August 4, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE